UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-1559-H |
| Plaintiff, | |
| v. | **ORDER** |
| PHILLIP ABBAS, | |
| Defendant. | |

Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for early termination of supervised release is GRANTED. Supervised release as to this defendant is hereby ordered terminated.

**SO ORDERED.**

Dated: 10/28/2024

_____
Honorable Marilyn L. Huff
United States District Judge